| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>Attorneys for Movant:  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE6, Asset Backed-Certificates, Series 2007-HE6 |
| In Re:<br><br>   Sharifa S. Muhammad<br>                    Debtor/Respondent<br><br><br>                    Co-Debtor/Respondent |

**Order Filed on August 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   18-34545 RG

Judge:      Rosemary Gambardella

Chapter:    13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 26, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on February 11, 2019:

Property:     181 Schuyler Avenue a/k/a 181-183 Schuyler Avenue Newark, NJ 07112

Creditor:     U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE6, Asset Backed-Certificates, Series 2007-HE6"

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

☒ Early Termination of the Loss Mitigation Period having been filed by U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE6, Asset Backed-Certificates, Series 2007-HE6,

and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.