| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   SHARIFA S. MUHAMMAD |

Order Filed on March 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-34545 RG

Hearing Date:  3/18/2020

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 19, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): SHARIFA S. MUHAMMAD

Case No.: 18-34545

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/18/2020 on notice to DAVID JEROME WITHERSPOON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,941.00 starting on 4/1/2020 for the remaining 45 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.