Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34545−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharifa S. Muhammad
   181−183 Schuyler Ave., Second Floor
   Newark, NJ 07112

Social Security No.:
   xxx−xx−3081

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/5/20 at 10:00 AM

to consider and act upon the following:

*58* − Objection to creditors cert of default (related document:56 Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/14/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David Jerome Witherspoon on behalf of Sharifa S. Muhammad. (Witherspoon, David)

Dated: 7/2/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court