Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34545−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sharifa S. Muhammad
  181−183 Schuyler Ave., Second Floor
  Newark, NJ 07112

Social Security No.:
  xxx−xx−3081

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/5/20 at 10:00 AM

to consider and act upon the following:

*58* − Objection to creditors cert of default (related document:56 Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC. Objection deadline is 07/14/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC) filed by David Jerome Witherspoon on behalf of Sharifa S. Muhammad. (Witherspoon, David)

Dated: 7/2/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sharifa S. Muhammad  
    Debtor

Case No. 18-34545-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 02, 2020  
                        Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
db          +Sharifa S. Muhammad,    181-183 Schuyler Ave., Second Floor,    Newark, NJ 07112-3183
cr          +Specialized Loan Servicing, LLC,    P.O. Box 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 01:38:25
              Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
                                                                                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
        Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee et al ...
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        David Jerome Witherspoon    on behalf of Debtor Sharifa S. Muhammad daveslaw321@gmail.com,
         prissycatina@yahoo.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
         in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
         Bank National Association, as Trustee for Bear St dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Gavin    Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee,
         successor in interest to Bank of America, National Association, as Trustee, successor by merger
         to LaSalle Bank National Association, as Trustee for Bear St kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Marie-Ann    Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                                          TOTAL: 7